

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00282-CV

_____

IN RE GABRIEL SANCHEZ, Relator

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-363782-25

Before Walker, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Emergency Petition for Writ of Mandamus," "Motion for Extension of Time to File Emergency Petition for Writ of Mandamus Nunc Pro Tunc," and "Motion for Temporary Relief (Stay)" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Petition for Writ of Mandamus," "Motion for Extension of Time to File Emergency Petition for Writ of Mandamus Nunc Pro Tunc," and "Motion for Temporary Relief (Stay)" are denied.

Per Curiam

Delivered: June 17, 2025